171 A.3d 616

**OLIPHANT, Samuel**

v.

**STATE of Maryland**

**Pet. Docket No. 256, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 2913, Sept. Term, 2015).

Petition for writ of certiorari denied.

171 A.3d 616

**RICHTER, Charles**

v.

**STATE of Maryland**

**Pet. Docket No. 263, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 1264, Sept. Term, 2015).

Petition for writ of certiorari denied.